# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| GEMMA PIERCHALSKI AND JOSEPH B. ABRAHAM, | : | No. 215 WAL 2020 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| EDWARD THOMAS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 1st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.